206 So.2d 715

**STATE of Louisiana**

**v.**

**Rosemary BRUNER and Catherine Smith.**

**No. 49106.**

Feb. 23, 1968.

Writ refused. The ruling complained of is correct. See the opinion of this Court in State v. Jones, No. 48,610 on the docket of this Court. 204 So.2d 775.